

# NUMBER 13-18-00403-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

TRAVIS DIAZ,                                                            Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.

## On appeal from the 214th District Court
## of Nueces County, Texas.

## ORDER TO FILE APPELLATE BRIEF

**Before Chief Justice Contreras and Justices Benavides and Longoria
Order Per Curiam**

This cause is currently before the Court on appellant's second motion for extension of time to file the brief.   The reporter's record was filed on July 30, 2018, and appellant's brief was originally due to be filed thirty days thereafter.   *See* Tex. R. App. P. 38.6(a). This Court has previously granted appellant one extension of 60 days, until October 29,

2018 to file the brief. The brief was not filed, and appellant now seeks an additional 60 days, until March 11, 2019, to file the brief.

The Court GRANTS appellant's second motion for extension to file the brief and ORDERS the Honorable Scott F. Lemanski to file the brief on or before March 11, 2019. The Court looks with disfavor on the delay caused by counsel's failure to timely file a brief in this matter. No further extensions will be granted absent exigent circumstances. If counsel fails to file the brief within the specified period of time, the Court will act appropriately to ensure that appellant's rights are protected. *See id.* R. 38.8(b)(4).

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
25th day of January, 2019.